# United States Court of Appeals
## For the First Circuit

No. 09-1216

UNITED STATES OF AMERICA,

Appellee,

v.

MANUEL CARDOSA,

Defendant, Appellant.

_____

No. 09-1231

UNITED STATES OF AMERICA,

Appellee,

v.

EDWIN RODRIGUEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court, issued on May 28, 2010, should be amended as follows.

On page 7, 1st line of last paragraph, replace "is" with "was".